**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-5707**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ERIBERTO RAMOS, a/k/a Pedro Hernandez,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge. (CR-93-8)

---

Submitted:  April 30, 1996          Decided:  July 18, 1996

---

Before HALL, HAMILTON, and LUTTIG, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Steven D. Benjamin, Betty Layne DesPortes, STEVEN D. BENJAMIN & ASSOCIATES, Richmond, Virginia, for Appellant.  Helen F. Fahey, United States Attorney, N. George Metcalf, Assistant United States Attorney, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Eriberto Ramos appeals his convictions for various drug and firearm offenses following a bench trial. Specifically, Ramos challenges the district court's denial of his motion to suppress evidence allegedly obtained in violation of the Fourth Amendment. We agree with the district court's assessment that the officers who stopped Ramos and conducted a patdown search had reasonable suspicion for doing so. Terry v. Ohio, 392 U.S. 1, 21, 27 (1968). As Ramos has raised no other objections to his conviction, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2